**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge: Camille D. Bibles** | **Date:** January 10, 2025 |
| **USA v. Liam Wallace** | **Case Number: 25-05021MJ-001-PHX-DMF** |

**Assistant U.S. Attorney:** Parker Stanley for Gayle L. Helart
**Attorney for Defendant:** Sarah Kosnoff Erlinder, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**INITIAL APPEARANCE**
☒ Complaint Filed   **Date of Arrest: January 9, 2025**
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Sarah Kosnoff Erlinder, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be LIAM GAVAN WALLACE.
Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted   ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Detention Hearing and Status Hearing regarding Preliminary Hearing** set for Tuesday, January 14, 2025 at 2:15 p.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                         IA      6 min
**Deputy Clerk** Christina Davison

                                                                  **Start:  10:34 am**
                                                                  **Stop:   10:40 am**